**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CHRISTOPHELL, STEVEN | § Case No. 09-11752 |
| CHRISTOPHELL, REGINA J. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $4,140.72 | Claims Discharged Without Payment: $71,374.23 |
| Total Expenses of Administration: $1,293.37 | |

3) Total gross receipts of $ 5,434.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,434.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $600,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,293.41 | 1,293.37 | 1,293.37 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 72,332.00 | 54,584.95 | 54,584.95 | 4,140.72 |
| TOTAL DISBURSEMENTS | $672,332.00 | $55,878.36 | $55,878.32 | $5,434.09 |

4) This case was originally filed under Chapter 7 on April 02, 2009.
. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2009          By: /s/RICHARD M. FOGEL
                                                Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Other liquidated debts owing debtor | 1129-000 | 5,433.00 |
| Interest Income | 1270-000 | 1.09 |
| **TOTAL GROSS RECEIPTS** | | **$5,434.09** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| (blank name) | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 8,000.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 192,000.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 400,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$600,000.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,293.41 | 1,293.37 | 1,293.37 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,293.41 | 1,293.37 | 1,293.37 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7200-000 | 6,935.00 | 7,026.95 | 7,026.95 | 533.05 |
| Chase Bank USA, N.A. | 7200-000 | 22,533.00 | 23,687.06 | 23,687.06 | 1,796.86 |
| Chase Bank USA, N.A. | 7200-000 | 21,934.00 | 23,870.94 | 23,870.94 | 1,810.81 |
| (blank name) | 7100-000 | 6,168.00 | N/A | N/A | 0.00 |
| (blank name) | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| (blank name) | 7100-000 | 3,762.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 72,332.00 | 54,584.95 | 54,584.95 | 4,140.72 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-11752 | Trustee: | (330720) | RICHARD M. FOGEL |
| --- | --- | --- | --- | --- |
| Case Name: | CHRISTOPHELL, STEVEN | Filed (f) or Converted (c): | 04/02/09 (f) | |
| | CHRISTOPHELL, REGINA J. | §341(a) Meeting Date: | 05/19/09 | |
| Period Ending: 12/21/09 | | Claims Bar Date: | 08/20/09 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Condo 1NE | 192,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | single family residence 5523 W. Bernice, Chicago | 400,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Cash on hand | 40.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Financial accounts, financial institution shares | 700.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Financial accounts, financial institution shares | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Financial accounts, financial institution shares | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Wearing apparel | 4,000.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Interests in insurance policies | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Interests in insurance policies | Unknown | 0.00 | | 0.00 | 0.00 |
| 11 | Annuities | 7,200.00 | 0.00 | | 0.00 | 0.00 |
| 12 | IRA, ERISA, Keogh, pension, profit sharing plan | 3,100.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Stock and interests in businesses | 395.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Other liquidated debts owing debtor | 11,298.00 | 0.00 | | 5,433.00 | FA |
| 15 | Autos, trucks, trailers, other vehicles, access. | 8,000.00 | 0.00 | | 0.00 | 0.00 |
| 16 | Autos, trucks, trailers, other vehicles, access. | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 1.09 | FA |
| 17 | Assets Totals (Excluding unknown values) | $629,733.00 | $0.00 | | $5,434.09 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): June 30, 2010     Current Projected Date Of Final Report (TFR): September 24, 2009 (Actual)

Printed: 12/21/2009 08:38 AM   V.11.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-11752 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | CHRISTOPHELL, STEVEN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CHRISTOPHELL, REGINA J. | | Account: | ***-*****07-65 - Money Market Account |
| Taxpayer ID #: | 54-6839317 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/26/09 | {14} | S. CHRISTOPHELL & R. CHRISTOPHELL | Non-exempt portion of federal and state income tax refunds | 1129-000 | 5,433.00 | | 5,433.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 5,433.01 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,433.24 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,433.46 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,433.68 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,433.90 |
| 10/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 5,434.09 |
| 10/27/09 | | To Account #********0766 | Close account and transfer for final distributions | 9999-000 | | 5,434.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,434.09 | 5,434.09 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,434.09 | |
| | | | **Subtotal** | | 5,434.09 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,434.09** | **$0.00** | |

{} Asset reference(s)

Printed: 12/21/2009 08:38 AM    V.11.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-11752 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | CHRISTOPHELL, STEVEN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CHRISTOPHELL, REGINA J. | | Account: | ***-*****07-66 - Checking Account |
| Taxpayer ID #: | 54-6839317 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/09 | | From Account #********0765 | Close account and transfer for final distributions | 9999-000 | 5,434.09 | | 5,434.09 |
| 10/28/09 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,293.37, Trustee Compensation;  Reference: | 2100-000 | | 1,293.37 | 4,140.72 |
| 10/28/09 | 102 | Chase Bank USA, N.A. | First and final dividend (7.58%) on allowed Chapter 7 claim(s) | 7200-000 | | 533.05 | 3,607.67 |
| 10/28/09 | 103 | Chase Bank USA, N.A. | First and final dividend (7.58%) on allowed Chapter 7 claim(s) | 7200-000 | | 1,796.86 | 1,810.81 |
| 10/28/09 | 104 | Chase Bank USA, N.A. | First and final dividend (7.58%) on allowed Chapter 7 claim(s) | 7200-000 | | 1,810.81 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,434.09 | 5,434.09 | $0.00 |
| | | | Less: Bank Transfers | | 5,434.09 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,434.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,434.09 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****07-65 | 5,434.09 | 0.00 | 0.00 |
| Checking # ***-*****07-66 | 0.00 | 5,434.09 | 0.00 |
| | $5,434.09 | $5,434.09 | $0.00 |

{} Asset reference(s)   Printed: 12/21/2009 08:38 AM   V.11.54